IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LUIS ANTONIO AGUIRRE,**<br><br>Petitioner,<br><br>v.<br><br>**RAYMOND MADDEN, Warden,**<br><br>Respondent. | Case No. 3:17-cv-05232-WHA<br><br>~~[PROPOSED]~~ ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until January 17, 2018, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within ~~60~~ 56 days of the date the answer is filed.

Dated: November 6, 2017.

_____
The Honorable William ~~H~~. Alsup
United States District Judge